**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-2346

WILBERT J. ALEXANDER, II, a/k/a Wilbert Alexander,

Plaintiff - Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION, Human Resources manager; MICHAEL GUFFEE, Controller; KACE SMITH, CFO; CYNTHIA JOHNSON, Employee Relations staff,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Terry L. Wooten, Senior District Judge. (3:20-cv-04480-TLW-SVH)

Submitted: March 24, 2022                     Decided: March 28, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Wilbert J. Alexander, II, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbert J. Alexander, II, seeks to appeal the district court's orders accepting the magistrate judge's recommendation; granting in part Alexander's motion to amend; dismissing some, but not all, of the defendants from Alexander's civil action; and denying Alexander's motions for default judgment and a pretrial hearing. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Alexander seeks to appeal are neither final nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*